UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: FREDERICK, CAROL J § Case No. 09-38444
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that CHARLES J. MYLER, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 30 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 am in Courtroom 240, United States Courthouse, 100 S. Third St. on 11/18/2010
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 09/24/2010         By: /s/CHARLES J. MYLER
                                        Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL 60505
(630) 897-8475

UST Form 101-7-NFR (9/1/2009)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: FREDERICK, CAROL J § Case No. 09-38444
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 88,658.20

*and approved disbursements of* $ 68,766.56

*leaving a balance on hand of* [1] $ 19,891.64

Claims of secured creditors will be paid as follows:

*Claimant* *Proposed Payment*

N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | CHARLES J. MYLER | $ 6,900.11 | $ |
| Attorney for trustee | Myler, Ruddy & McTavish | $ 5,267.75 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |
| Trustee | Charles J. Myler | $ | $ 52.34 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant* *Fees* *Expenses*

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

*Claim Number    Claimant                           Allowed Amt. of Claim    Proposed Payment*

N/A

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 45,736.34 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 16.8 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | American Express Centurion Bank | $ 8,013.26 | $ 1,344.09 |
| 2 | PYOD LLC its successors and assigns as assignee of | $ 10,918.05 | $ 1,831.30 |
| 3 | U.S. Bank N.A. | $ 17,312.76 | $ 2,903.90 |
| 4 | PYOD LLC its successors and assigns as assignee of | $ 1,709.83 | $ 286.79 |
| 5 | Fia Card Services, NA/Bank of America | $ 7,782.44 | $ 1,305.36 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

*Claim Number   Claimant*                           *Allowed Amt. of Claim   Proposed Payment*
                                N/A

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

*Claim Number   Claimant*                           *Allowed Amt. of Claim   Proposed Payment*
                                N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

Prepared By: /s/CHARLES J. MYLER
                           Trustee

CHARLES J. MYLER
105 EAST GALENA BLVD.
8TH FLOOR
AURORA, IL  60505
(630) 897-8475

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (9/1/2009)

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: mrahmoun               Page 1 of 1          Date Rcvd: Oct 12, 2010
Case: 09-38444                Form ID: pdf006              Total Noticed: 19

The following entities were noticed by first class mail on Oct 14, 2010.
db           +Carol J Frederick,   2632 Loren Lane,   Algonquin, IL 60102-2541
aty          +Richard G Larsen,   Myler, Ruddy & McTavish,   105 E. Galena Blvd., 8th Floor,
               Aurora, IL 60505-3338
aty          +Stephen J Costello,   Costello & Costello,   19 N Western Ave Rt 31,
               Carpentersville, IL 60110-1730
tr           +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
               Aurora, IL 60505-3338
14582695      American Express Blue,   Customer Service,   P O Box 981535,   El Paso, TX 79998-1535
14866361      American Express Centurion Bank,   POB 3001,   Malvern, PA 19355-0701
14582696      Bank of America,   P O Box 15019,   Wilmington, De 19886-5019
14582697      Citi Cards,   Dividend Platinum Select,   PO Box 688901,   Des Moines, IA 50368-8901
14582698      Citi Cards,   Customer Service,   Box 6000,   The Lakes, NV 89163-6000
14582699     +Macy's,   Customer Service,   P O Box 8118,   Mason, OH 45040-8118
14925817     +PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
               PO Box 19008,   Greenville, SC 29602-9008
15201196     +STU AND MAXINE BELL,   3778 SAGE DR,   ROCKFORD IL 61114-7355
15201197     +TIMOTHY J FREDERICK,   11901 RED CAMELLIA,   LAS VEGAS NV 89138-6076
14582700    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  U S Bank,   Visa Platinum Card,   P O Box 790408,
               Saint Louis, MO 63179-0408)
15046436    ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
              (address filed with court:  U.S. Bank N.A.,   Bankruptcy Department,   P.O. Box 5229,
               Cincinnati, OH 45201)
15201198     +VALERIE A RYBARCZYL,   7628 STATE HWY 70 E,   ST GERMAIN WI 54558-9123
14582701     +Wachovia Home Equity,   P O Box 60505,   City of Industry, Ca 91716-0505
14582702     +Wachovia Mortgage,   P O Box 105693,   Atlanta, Ga 30348-5693
The following entities were noticed by electronic transmission on Oct 13, 2010.
15145780      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 13 2010 01:58:59
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Charles J Myler,   Myler Ruddy & McTavish,   105 East Galena Boulevard,   8th Floor,
               Aurora, IL 60505-3338
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 14, 2010**         **Signature:** *Joseph Speetjens*