**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: FREDERICK, CAROL J | § Case No. 09-38444 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

  CHARLES J. MYLER, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

  1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

  2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $217,780.00     Assets Exempt: $20,780.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,171.84    Claims Discharged
                     Without Payment: $77,010.09

Total Expenses of Administration: $62,486.76

---

  3) Total gross receipts of $ 88,658.60 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 15,000.00 (see **Exhibit 2**), yielded net receipts of $73,658.60 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $219,325.78 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 12,221.20 | 62,486.76 | 62,486.76 | 62,486.76 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 3,500.00 | 3,500.00 | 3,500.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 63,934.48 | 45,736.34 | 45,736.34 | 7,671.84 |
| **TOTAL DISBURSEMENTS** | $295,481.46 | $111,723.10 | $111,723.10 | $73,658.60 |

    4) This case was originally filed under Chapter 7 on October 15, 2009. The case was pending for 17 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/25/2011          By: /s/CHARLES J. MYLER
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Auto accident | 1142-000 | 88,656.00 |
| Interest Income | 1270-000 | 2.60 |
| **TOTAL GROSS RECEIPTS** | | **$88,658.60** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Carol Frederick | Exemption | 8100-002 | 15,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$15,000.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wachovia Home Equity | 4110-000 | 23,908.26 | N/A | N/A | 0.00 |
| NOTFILED | Wachovia Mortgage | 4110-000 | 195,417.52 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$219,325.78** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| CHARLES J. MYLER | 2100-000 | N/A | 6,900.11 | 6,900.11 | 6,900.11 |
| Charles J. Myler | 2200-000 | N/A | 52.34 | 52.34 | 52.34 |
| Myler, Ruddy & McTavish | 3110-000 | N/A | 5,267.75 | 5,267.75 | 5,267.75 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|
| Ronald F. Wittmeyer | 3220-610 | N/A | 19,555.00 | 19,555.00 | 19,555.00 |
| John L. Cates | 3210-600 | N/A | 9,778.00 | 9,778.00 | 9,778.00 |
| Ronald F. Wittmeyer | 3220-610 | N/A | 14,839.46 | 14,839.46 | 14,839.46 |
| John L. Cates | 3220-610 | N/A | 5,110.10 | 5,110.10 | 5,110.10 |
| Peterson Johnson Murray | 3721-000 | N/A | 984.00 | 984.00 | 984.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 62,486.76 | 62,486.76 | 62,486.76 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | State Farm | 5910-000 | N/A | 500.00 | 500.00 | 500.00 |
| | Blue Cross/Blue Shield | 5910-000 | N/A | 3,000.00 | 3,000.00 | 3,000.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 3,500.00 | 3,500.00 | 3,500.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American Express Centurion Bank | 7100-000 | 7,890.49 | 8,013.26 | 8,013.26 | 1,344.15 |
| 2 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 10,918.05 | 10,918.05 | 1,831.40 |
| 3 | U.S. Bank N.A. | 7100-000 | 17,098.40 | 17,312.76 | 17,312.76 | 2,904.05 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 1,709.83 | 1,709.83 | 286.81 |
| 5 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 7,782.44 | 7,782.44 | 1,305.43 |
| NOTFILED | Stu and Maxine Bell | 7100-000 | 10,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Valerie A. Rybarczyk | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Timothy J. Frederick | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Macy's Customer Service | 7100-000 | 2,601.72 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards Dividend Platinum Select | 7100-000 | 1,555.03 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 7,642.29 | N/A | N/A | 0.00 |
| NOTFILED | Citi Cards Customer Service | 7100-000 | 10,146.55 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 63,934.48 | 45,736.34 | 45,736.34 | 7,671.84 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 09-38444  
**Case Name:** FREDERICK, CAROL J  

**Period Ending:** 02/25/11

**Trustee:** (330510) CHARLES J. MYLER  
**Filed (f) or Converted (c):** 10/15/09 (f)  
**§341(a) Meeting Date:** 11/23/09  
**Claims Bar Date:** 03/03/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Petitioner owns, at 2632 Loren Lane, Algonquin,<br>     Orig. Asset Memo: Imported from original petition<br>     Doc# 1 | 212,000.00 | 1,582.48 | DA | 0.00 | FA |
| 2   Checking at Castle Bank, Huntley, Il.<br>     Orig. Asset Memo: Imported from original petition<br>     Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 3   Five rooms household furniture, furnishings and<br>     Orig. Asset Memo: Imported from original petition<br>     Doc# 1 | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4   Necessary wearing apparel<br>     Orig. Asset Memo: Imported from original petition<br>     Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 5   Fur coat<br>     Orig. Asset Memo: Imported from original petition<br>     Doc# 1 | 400.00 | 0.00 | DA | 0.00 | FA |
| 6   Auto accident<br>     Orig. Asset Memo: Imported from original petition<br>     Doc# 1 | Unknown | 0.00 | | 88,656.00 | FA |
| 7   2002 Isuzu AXIOM (69,726 miles)<br>     Orig. Asset Memo: Imported from original petition<br>     Doc# 1 | 3,500.00 | 1,100.00 | DA | 0.00 | FA |
| 8   Computer/Printer<br>     Orig. Asset Memo: Imported from original petition<br>     Doc# 1 | 80.00 | 0.00 | DA | 0.00 | FA |
| Int   INTEREST  (u) | Unknown | N/A | | 2.60 | FA |
| 9   Assets   Totals (Excluding unknown values) | **$217,780.00** | **$2,682.48** | | **$88,658.60** | **$0.00** |

**Major Activities Affecting Case Closing:**

    Trustee has made distribrution; will file final report when all checks clear

Exhibit 8

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-38444  
**Case Name:** FREDERICK, CAROL J  

**Period Ending:** 02/25/11

**Trustee:** (330510)  CHARLES J. MYLER  
**Filed (f) or Converted (c):** 10/15/09 (f)  
**§341(a) Meeting Date:** 11/23/09  
**Claims Bar Date:** 03/03/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   June 30, 2010     **Current Projected Date Of Final Report (TFR):**   October 19, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-38444  
**Case Name:** FREDERICK, CAROL J  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-65 - Money Market Account  

**Taxpayer ID #:** **-***3152  
**Period Ending:** 02/25/11  

**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/20/10 | {6} | Horace Mann Insurance Co. | PI Case settlement proceeds | 1142-000 | 88,000.00 | | 88,000.00 |
| 07/26/10 | | To Account #9200******8366 | Transfer to checking to pay PI suit costs to Atty. Wittmeyer for distribution | 9999-000 | | 68,766.56 | 19,233.44 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.06 | | 19,234.50 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at  0.0700% | 1270-000 | 1.14 | | 19,235.64 |
| 09/24/10 | {6} | Peterson Johnson & Murray | Refund of overpayment to mediators | 1142-000 | 656.00 | | 19,891.64 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.15 | | 19,891.79 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.16 | | 19,891.95 |
| 11/19/10 | Int | The Bank of New York Mellon | Current Interest Rate is  0.0100% | 1270-000 | 0.09 | | 19,892.04 |
| 11/19/10 | | To Account #9200******8366 | Transfer to checking | 9999-000 | | 19,892.04 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 88,658.60 | 88,658.60 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 88,658.60 | |
| | | | **Subtotal** | | **88,658.60** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$88,658.60** | **$0.00** | |

{} Asset reference(s)

Printed: 02/25/2011 02:05 PM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-38444  
**Case Name:** FREDERICK, CAROL J  

**Taxpayer ID #:** **-***3152  
**Period Ending:** 02/25/11  

**Trustee:** CHARLES J. MYLER (330510)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******83-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/26/10 | | From Account #9200******8365 | Transfer to checking to pay PI suit costs to Atty. Wittmeyer for distribution | 9999-000 | 68,766.56 | | 68,766.56 |
| 07/26/10 | 101 | Ronald F. Wittmeyer | Special counsel fees | 3220-610 | | 19,555.00 | 49,211.56 |
| 07/26/10 | 102 | John L. Cates | Special co-counsel fees | 3210-600 | | 9,778.00 | 39,433.56 |
| 07/26/10 | 103 | Ronald F. Wittmeyer | Special counsel expenses | 3220-610 | | 14,839.46 | 24,594.10 |
| 07/26/10 | 104 | John L. Cates | Special counsel expenses | 3220-610 | | 5,110.10 | 19,484.00 |
| 07/26/10 | 105 | Peterson Johnson Murray | Mediators | 3721-000 | | 984.00 | 18,500.00 |
| 07/26/10 | 106 | State Farm | Medpay lien | 5910-000 | | 500.00 | 18,000.00 |
| 07/26/10 | 107 | Blue Cross/Blue Shield | Medical lien | 5910-000 | | 3,000.00 | 15,000.00 |
| 07/26/10 | 108 | Carol Frederick | Exemption | 8100-002 | | 15,000.00 | 0.00 |
| 11/19/10 | | From Account #9200******8365 | Transfer to checking | 9999-000 | 19,892.04 | | 19,892.04 |
| 11/19/10 | 109 | Charles J. Myler | Dividend paid 100.00% on $52.34, Trustee Expenses;  Reference: | 2200-000 | | 52.34 | 19,839.70 |
| 11/19/10 | 110 | CHARLES J. MYLER | Dividend paid 100.00% on $6,900.11, Trustee Compensation;  Reference: | 2100-000 | | 6,900.11 | 12,939.59 |
| 11/19/10 | 111 | Myler, Ruddy & McTavish | Dividend paid 100.00% on $5,267.75, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 5,267.75 | 7,671.84 |
| 11/19/10 | 112 | American Express Centurion Bank | Dividend paid  16.77% on $8,013.26; Claim# 1; Filed: $8,013.26; Reference: XXXX-XXXXXX-X2004 | 7100-000 | | 1,344.15 | 6,327.69 |
| 11/19/10 | 113 | PYOD LLC its successors and assigns as assignee of | Dividend paid  16.77% on $10,918.05; Claim# 2; Filed: $10,918.05; Reference: | 7100-000 | | 1,831.40 | 4,496.29 |
| 11/19/10 | 114 | U.S. Bank N.A. | Dividend paid  16.77% on $17,312.76; Claim# 3; Filed: $17,312.76; Reference: XXXX XXXX XXXX 9070 | 7100-000 | | 2,904.05 | 1,592.24 |
| 11/19/10 | 115 | PYOD LLC its successors and assigns as assignee of | Dividend paid  16.77% on $1,709.83; Claim# 4; Filed: $1,709.83; Reference: | 7100-000 | | 286.81 | 1,305.43 |
| 11/19/10 | 116 | Fia Card Services, NA/Bank of America | Dividend paid  16.77% on $7,782.44; Claim# 5; Filed: $7,782.44; Reference: | 7100-000 | | 1,305.43 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 88,658.60 | 88,658.60 | $0.00 |
| | | | Less: Bank Transfers | | 88,658.60 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 88,658.60 | |
| | | | Less: Payments to Debtors | | | 15,000.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$73,658.60** | |

{} Asset reference(s)                                                                                                         Printed: 02/25/2011 02:05 PM    V.12.56

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-38444 | | **Trustee:** | CHARLES J. MYLER (330510) |
| **Case Name:** | FREDERICK, CAROL J | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | 9200-******83-67 - Checking Account |
| **Taxpayer ID #:** | **-***3152 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 02/25/11 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

```
         Net Receipts :      88,658.60
  Less Payments to Debtor :  15,000.00
                            _____
          Net Estate :       $73,658.60
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **MMA # 9200-******83-65** | 88,658.60 | 0.00 | 0.00 |
| **Checking # 9200-******83-66** | 0.00 | 73,658.60 | 0.00 |
| **Checking # 9200-******83-67** | 0.00 | 0.00 | 0.00 |
| | **$88,658.60** | **$73,658.60** | **$0.00** |

{} Asset reference(s)                                                                    Printed: 02/25/2011 02:05 PM    V.12.56